IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GILBERTO ROSALES and HECTOR JOSE POLANCO-ALVAREZ, *individually and on behalf of themselves and others similarly situated,*<br><br>        Plaintiffs,<br><br>vs.<br><br>CAPITAL INTERIOR CONTRACTORS, INC.; GTO DRYWALL, LLC; and RDIC, INC,<br><br>        Defendants. | Civil Action No. 3:20-cv-00916-HEH |

**DEFENDANT CAPITAL INTERIOR CONTRACTORS, INC.'S
MOTION TO DISMISS AMENDED COMPLAINT**

    Defendant Capital Interior Contractors, Inc. ("Capital"), by and through counsel, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), hereby moves this Court to dismiss the Amended Complaint (ECF No. 9) filed by Plaintiffs Gilberto Rosales and Hector Jose Polanco-Alvarez for failure to state a claim as to which relief can be granted and for lack of subject matter jurisdiction, as set forth in the accompanying Memorandum in Support of the Motion to Dismiss.

    WHEREFORE, Capital requests that the Court dismiss Count I and Count II of the Amended Complaint, dismiss the collective action and Rule 23 class action claims, and issue such other and further relief as the interests of justice may require.

Dated: January 29, 2021

                                                       Respectfully submitted,

                                                       CAPITAL INTERIOR CONTRACTORS, INC.

                                                       By:        /s/ Nathaniel L. Story      

Courtney M. Paulk (VSB No. 45523)
Nathaniel L. Story (VSB No. 77364)
Jaime B. Wisegarver (VSB No. 81095)
Elizabeth C. Burneson (VSB No. 93413)
HIRSCHLER FLEISCHER,
A PROFESSIONAL CORPORATION
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:	804.771.9500
Facsimile:	804.644.0957
E-mail:	cpaulk@hirschlerlaw.com
	nstory@hirschlerlaw.com
	jwisegarver@hirschlerlaw.com
	lburneson@hirschlerlaw.com
*Counsel for Defendant Capital Interior Contractors, Inc.*

George A. Voegele, Jr.
(*pro hac vice* application forthcoming)
Jason A. Cabrera
(*pro hac vice* application forthcoming)
COZEN O'CONNOR
A PENNSYLVANIA PROFESSIONAL CORPORATION
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215-665-5595
Facsimile: 215-701-2443
Email: gvoegele@cozen.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January 2021, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court for the Eastern District of Virginia, Richmond Division, using the Court's CM/ECF system, which thereby caused the above to be served electronically on all registered users of the Court's CM/ECF system who have filed notices of appearance in this matter.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Nathaniel L. Story