IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| GILBERTO ROSALES, et al., on behalf of themselves and others similarly situated<br><br>Plaintiffs<br><br>v.<br><br>CAPITAL INTERIOR CONTRACTORS, et al.<br><br>Defendants | Case No. 3:20-cv-00916-HEH<br>Hon. Henry E. Hudson |

## NOTICE OF APPEARANCE

To the Clerk and All Parties of Record:

Please enter the appearance of Matthew E. Feinberg, Esq. (Va. Bar No. 93283) and PilieroMazza PLLC as counsel of record for Defendant, RDIC, Incorporated, in the above-entitled action.

Respectfully submitted,

**RDIC INCORPORATED**

Dated:  February 23, 2021     By Counsel:     /s/ Matthew E. Feinberg
　　　　　　　　　　　　　　　　　　　　　　Matthew E. Feinberg, Esq. (Va. Bar No. 93283)
　　　　　　　　　　　　　　　　　　　　　　**PILIEROMAZZA PLLC**
　　　　　　　　　　　　　　　　　　　　　　888 17th Street, N.W., 11th Floor
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　Ph:  (202) 857-1000
　　　　　　　　　　　　　　　　　　　　　　Fx:  (202) 857-0200
　　　　　　　　　　　　　　　　　　　　　　*mfeinberg@pilieromazza.com*

<u>CERTIFICATE OF SERVICE</u>

I, Matthew E. Feinberg, hereby certify that on this 23rd day of February 2021, a true copy of the foregoing document was served on each party appearing pro se and on the attorney of record for each other party separately appearing by delivering a copy of the same, via the United States District Court's online case filing system, CM/ECF, to:

Matthew Bryce Kaplan, Esq.
The Kaplan Firm
1100 N. Glebe Road, Suite 1010
Arlington, VA 22201

Rachel Emily Nadas, Esq.
Handley Farah & Anderson PLLC
777 6th Street, N.W., 11th Floor
Washington, DC 20001

Nathan Lyle Story, Esq.
Hirschler Fleischer PC
2100 E. Cary Street
Richmond, VA 23223

/s/ Matthew E. Feinberg
Matthew E. Feinberg, Esq. (Va. Bar No. 93283)
**PILIEROMAZZA PLLC**
888 17th Street, N.W., 11th Floor
Washington, DC 20006
Ph:  (202) 857-1000
Fx:  (202) 857-0200
*mfeinberg@pilieromazza.com*

{00103610 }   2