IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GILBERTO ROSALES, *et al.*,

  *individually and on behalf of themselves and others similarly situated et al,*

      *Plaintiffs,*

  v.

CAPITAL INTERIOR CONTRACTORS, INC. *et al.*,

  *Defendants.*

Civil Action No.: 3:20-cv-00916

## CONSENT MOTION FOR FINAL APPROVAL OF FAIR LABOR STANDARDS ACT SETTLEMENT

Named Plaintiffs, with the consent of Capital Interior Contractors ("CIC") and GTO, LLC ("GTO") and RDIC, Inc. ("RDIC" and collectively "Defendants"), by and through their undersigned counsel and pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA") and Local Rule 7 of the Rules of the Eastern District of Virginia, move for approval of this Settlement on behalf of 22 individuals (the "Settling Plaintiffs"). Attached to the Memorandum of Law in Support of Final Approval of the Settlement are The Parties' Settlement Agreement (Ex. 1) and a list of Settling Plaintiffs Party to that Agreement, and the amounts that each such person will receive (Ex. 3).

The Parties respectfully request that the Court (1) find the Settlement a fair and reasonable resolution of the Parties' *bona fide* dispute; (2) approve the payments to all Settling

1

Plaintiffs totaling $54,326.00; and (3) order the issuance of settlement checks to Settling Plaintiffs; (4) retain jurisdiction over enforcement of the Settlement

In support of this Consent Motion, Plaintiffs have contemporaneously filed a Memorandum of Law in Support of Final Approval of the Settlement.

Dated: December 24, 2021                                   Respectfully Submitted,


Plaintiffs, By Counsel

_____/s/_____
Rachel Nadas (VSB No. 89440)
Matthew Handley, admitted *pro hac vice*
Handley Farah & Anderson PLLC
200 Massachusetts Avenue NW, 7th Floor
Washington, D.C. 20001
Tel. 202.899.2991
rnadas@hfajustice.com
mhandley@hfajustice.com
*Counsel for Plaintiffs*

_____/s/_____
Matthew B. Kaplan (VSB No. 51027)
The Kaplan Law Firm
1100 N. Glebe Road, Suite 1010
Arlington, VA 22201
Tel. 703.665.9529
mbkaplan@thekaplanlawfirm.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of December 2021, I electronically filed the foregoing Consent Motion for Final Approval of Settlement using the CM/ECF system, which will send a notification to all counsel of record.

/s/ Rachel Nadas
Rachel Nadas