CIVIL NON-JURY TRIAL OR MOTION HEARING                    Date:    January 26, 2022
MINUTE SHEET

| UNITED STATES DISTRICT COURT | Eastern District of Virginia - Richmond Division |
|---|---|
| *CASE TITLE*<br><br>**GILBERTO ROSALES, et al.**<br>**v.**<br>**CAPITAL INTERIOR CONTRACTORS, INC., et al.** | *CASE NO*:  3:20CV00916-HEH<br><br>*JUDGE*:  Hudson, SUSDJ<br><br>*COURT REPORTER*:  Harding, OCR |

MATTER ON FOR:      (   ) BENCH TRIAL  (**X**) MOTION HEARING   (   ) OTHER: _____

APPEARANCES:        ____Parties by counsel via ZOOM (remote hearing)_____

### **TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF PLAINTIFF(S) (   )     DEFENDANT(S) (   )    COURT (   )
OPENING STATEMENTS MADE (   )  OPENING WAIVED (   )
PLAINTIFF(S) ADDUCED EVIDENCE (   )  RESTED (   )  MOTION (   ) _____
DEFENDANT(S) ADDUCED EVIDENCE (   )  RESTED (   )   MOTION (   ) _____
REBUTTAL EVIDENCE ADDUCED (   )   SUR-REBUTTAL EVIDENCE ADDUCED (   )
EVIDENCE CONCLUDED (   )    ARGUMENTS OF COUNSEL HEARD (   )
FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH (   )
MATTER TAKEN UNDER ADVISEMENT BY THE COURT (   )
COURT FOUND IN FAVOR OF PLAINTIFF(S) (   )   MONETARY AWARD _____
COURT FOUND IN FAVOR OF DEFENDANTS (   ) _____
CLERK TO ENTER JUDGMENT ON DECISION (   )     TRIAL EXHIBITS RETURNED TO COUNSEL (   )
CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

### **MOTION PROCEEDINGS:**

Matter came on for hearing on Plaintiffs' Consent Motion for Final Approval of Fair Labor
    Standards Act Settlement (CM/ECF no. 44) and Plaintiffs' Consent Motion for Award of
    Attorneys' Fees (CM/ECF no. 46).
Factual findings made by the Court; settlement approved by the Court.
Court to retain jurisdiction for purposes of enforcing the settlement agreement.
Order to enter, case to be closed.

_____
*Counsel for Plaintiffs*

▪ Matthew B. Kaplan, Esq. and Rachel E. Nadas, Esq.
_____
*Counsel for Defendants*

▪ Nathaniel L. Story, Esq. and George A. Voegele, Jr., Esq. for defendant Capital Interior Contractors, Inc.
▪ Matthew E. Feinberg, Esq. for defendants GTO Drywall and RDIC Incorporated
_____

*Recess   10:44 – 10:52*

SET   10:30 a.m.     BEGAN   10:36 a.m.     ENDED   10:56 a.m.          TIME IN COURT  0:12